AO 91 (Rev. 11/11) Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
## for the
Southern District of Ohio

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| | ) | Case No. | 3:21MJ211 |
| DEMETRIUS DIXON | ) | | |
| | ) | | |
| | ) | | |
| | ) | | |
| Defendant(s) | | | |

FILED
RICHARD W. NAGEL
CLERK OF COURT

5/26/21

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ May 24, 2021 _____ in the county of _____ Montgomery _____ in the
_____ Southern _____ District of _____ Ohio _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1) and 924(a) (2); and | Felon in Possession of a Firearm; and |
| 18 U.S.C. §§ 922(g)(9) and 924(a) (2) | Domestic Violence Misdemeanant in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

TFO Dustin Phillips, FBI
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ FaceTime _____ (specify reliable electronic means)

Date: _____ 5/26/21 _____

_____

City and state: _____

Hon. Sharon L. Ovington, U.S. Magistrate Judge
_____
Printed name and title