IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:21-cr-73 |
| | | Judge Michael J. Newman |
| Plaintiff, | : | **INDICTMENT** |
| | | 18 U.S.C. § 922(g)(1) |
| | : | 18 U.S.C. § 922(g)(9) |
| vs. | | 18 U.S.C. § 924(a)(2) |
| | : | |
| DEMETRIUS DIXON, | : | |
| Defendant. | : | |

**THE GRAND JURY CHARGES:**

## COUNT 1
### [18 U.S.C. §§ 922(g)(1) and 924(a)(2)]

On or about May 24, 2021, in the Southern District of Ohio, the defendant, **DEMETRIUS DIXON**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT 2
### [18 U.S.C. §§ 922(g)(9) and 924(a)(2)]

On or about May 24, 2021, in the Southern District of Ohio, the defendant, **DEMETRIUS DIXON**, knowing he had previously been convicted of a misdemeanor crime of domestic violence, knowingly possessed a firearm, and the firearm was in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(9) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of Counts 1 and/or 2 of this Indictment, the defendant, **DEMETRIUS DIXON**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation(s), including but not limited to a Taurus PT24/7 G2, Serial No. SFT60400, loaded with approximately twelve (12) rounds of ammunition, and any attachments.

A TRUE BILL

/S/ SIGNED
_____
FOREPERSON

VIPAL J. PATEL
Acting United States Attorney

_____
RYAN A. SAUNDERS
Assistant United States Attorney