UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,　　　　　　　　　　　　　　Case No. 3:21-cr-73

vs.

DEMETRIUS DIXON,　　　　　　　　　　　District Judge Michael J. Newman

    Defendant.

---

**ORDER DENYING DEFENDANT'S *PRO SE* MOTION FOR RELEASE ON BOND (Doc. No. 30)**

---

On February 18, 2022, the Court held an Admit/Deny Bond Violation Hearing, during which Defendant, represented by counsel, admitted that he violated the conditions of his O/R bond. During that hearing, the Court revoked Defendant's O/R bond and ordered him detained pretrial. *See* Minute Entry, Feb. 18, 2022.  This case is presently before the Court upon Defendant's *pro se* February, 2022 letter, which the Court liberally construes in his favor as a motion for release on bond under 18 U.S.C. §§ 3145, 3148.[1]  Doc. No. 30; *see Estelle v. Gamble*, 429 U.S. 97, 106 (1976) (noting that a "handwritten *pro se* document is to be liberally construed").

The Court has reviewed Defendant's *pro se* motion along with the entire case record and has reconsidered this matter *de novo*.  Doc. Nos. 1, 9, 12, 17, 30.  Although the Court is sensitive to Defendant's familial issues, for the reasons set forth in the hearing revoking his O/R bond, his present motion is **DENIED.**  Defendant shall remain detained pretrial.

    **IT IS SO ORDERED.**

---

[1] Plaintiff is represented in this case by Assistant Federal Public Defender Cheryll A. Bennett.  Ms. Bennett has not filed a motion seeking Defendant's release on bond.

Date: <u>March 30, 2022</u>     <u>s/Michael J. Newman</u>
Hon. Michael J. Newman
United States District Judge